# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 5, 2020

160107

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JOSEPH PETER STURZA,
        Defendant-Appellant.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160107
COA: 341366
Macomb CC: 2015-002442-FH

On order of the Court, the application for leave to appeal the June 25, 2019 judgment of the Court of Appeals is considered. We DIRECT the Macomb County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2020



a0129

Clerk